UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:
DEBRA JORDAN                                    CASE NO.: 6:11-bk-05440
   Debtor(s)                                    CHAPTER 13
_____/

## CHAPTER 13 PAYMENT PLAN

COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income(s) of the Debtor(s) are submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

### Plan Payments

| Payment Number by Months | Amount of Monthly Payment |
|---|---|
| 01-03 | $711.00 |
| 04-60 | $1,081.00 |

The Debtor(s) shall mail a **Money Order** or **Cashier's Check** to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103; with the Debtor(s) name and case number indicated clearly thereon and by the due dates for payments as set for the above.

## PAYMENT OF CLAIMS THROUGH THE PLAN

### Priority Claims

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Priority Creditor (Claim) | Claim Amount | Payment Amount | Payment Months |
|---|---|---|---|
| Debtor's Attorney (Balance of Fees) | $2,274.00 | $379.00 | 01-06 |
| Attorney Monitoring Fee | $1,000.00 | $125.00 | 23,24,35,36, 47, 48, 58, and 59 |
| IRS – 2005 Tax Liability | $1,331.00 | $66.55 | 01-20 |

### Secured Claims

| Secured Creditor (Claim) | Claim Amount | Payment Amount | Payment Months |
|---|---|---|---|
| Americredit – 2010 Kia | $13,477.13 @5.25% | $194.35 $424.63 | 01-03 04-36 |

### Secured Arrearages (Includes Gap Payment)

| Secured Creditor (Claim) | Claim Amount | Payment Amount | Payment Months |
|---|---|---|---|
| None | | | |

### Property to Be Surrendered

None

Creditors have 90 days from confirmation to file any deficiency claims; otherwise, the property is deemed to have been surrendered in full satisfaction of the debt owing. The Stay is lifted to any secured creditor whose property is being surrendered upon confirmation.

### Valuation of Security/Mortgages to be Valued/Stripped

| Name of Creditor (Claim) | Claim Amount | Payment Amount | Payment Months |
|---|---|---|---|
| None | | | |

### Executory Contracts

The following Executory Contracts are assumed: None
The following Executory Contracts are rejected: None

**Unsecured Creditors** whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made.

Approximate percentage: **21.50% ($38,174.16)**

### OTHER PROVISION REGARDING INCOME TAX REFUNDS, INCOME TAX RETURNS, AND/OR INCREASED INCOME

The Debtor(s) are required to turnover any and all income tax refunds to the Chapter 13 Standing Trustee for the benefit of the Debtor(s) general unsecured creditors for the duration of this case. The Debtor(s) shall mail any and all tax refunds to the Chapter 13 Standing Trustee's payment address: Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) shall put their name and case number on the face of any refund checks before mailing them to the Trustee. **The Debtor(s) shall endorse the back of the refund checks with their name and the words "made payable to Laurie K. Weatherford, Trustee".**

The Debtor(s) are required to provide the Chapter 13 Trustee with copies of all income tax returns filed each year and for the duration of this case. The Debtor(s) shall mail a copy of the returns for each

year on or before April 30th, to the Law Offices of K. Hunter Goff via fax: 407-898-8226 or via email: tiffany@khuntergoffpa.com, and to the Chapter 13 Trustee at the address of Post Office Box 3450, Winter Park, FL 32790.

The Debtor(s) are further required to file all tax returns timely and to pay any taxes due for the duration of this case. Proofs of payment of all post-petition taxes are required.

If the Debtor(s) income increases during the pendency of this Chapter 13 Case, the Debtor(s) must commit the excess disposable income to the Plan for the benefit of the Debtor's creditors.

## DECLARATION

I/We, **Debra Jordan**, Debtor(s) in the above styled case, declare under penalty of perjury, that I have read the forgoing Chapter 13 Plan and that it is true and correct to the best of my knowledge, information, and belief.

_4/14/11_
DATE

_Debra Jordan_
DEBRA JORDAN

_4/28/11_
DATE

//s// K. Hunter Goff
K. HUNTER GOFF, P.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Chapter 13 Plan has been served on _4/28/11_ either by electronic transmission or by United States first class postage prepaid to all addresses on the clerk's mailing list.

//s// K. Hunter Goff
K. HUNTER GOFF, P.A.
K. Hunter Goff, Esq.
Fl. Bar No. 0240930
1215 E. Livingston Street
Orlando, FL 32803
407-898-8225 T
407-898-8226 F
Hunter@KHunterGoffPA.com
Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:11-bk-05440-ABB<br>Middle District of Florida<br>Orlando<br>Thu Apr 28 11:09:42 EDT 2011 | (p)AMERICREDIT<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Andreu. Palm & Andreu, PL<br>701 SW 27th Ave<br>Suite 900<br>Miami, FL 33135-3000 |
| Asset Acceptance<br>Po Box 2036<br>Warren, MI 48090-2036 | Balanced Healthcare Receivab<br>141 Burke St<br>Nashua, NH 03060-4769 | Bray & Lunsford, PA<br>PO Box 53197<br>Jacksonville, FL 32201-3197 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Department Stores National Bank/Macys<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040-8053 | Department Stores National Bank/Visa<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040-8053 |
| Dianon Systems<br>PO Box 8004<br>Burlington, NC 27216 | Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>475 Anton Blvd<br>Costa Mesa, CA 92626-7037 |
| FLORIDA HOSPITAL<br>P.O. BOX 538800<br>Orlando, FL 32853-8800 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Florida Emergency Phys<br>9301 S Western Ave<br>Oklahoma City, OK 73139-2728 |
| K Hunter Goff<br>K Hunter Goff PA<br>1215 East Livingston Street<br>Orlando, FL 32803-5401 | Goldkey Cred<br>Po Box 15670<br>Brooksville, FL 34604-0122 | Hilco Rec<br>5 Revere Dr Ste 510<br>Northbrook, IL 60062-8007 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Jon Barry & Associates<br>216 Lephillip Ct<br>Concord, NC 28025-2954 |
| Debra Taylor Jordan<br>1969 Mikler Road<br>Oviedo, FL 32765-9168 | Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274-0281 | Macys/fdsb<br>Macy's Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 |
| Peoples Bk Credit Card Services<br>Attn: Bankruptcy<br>Po Box 7092 Rccb 0680<br>Bridgeport, CT 06601-7092 | Preferred Collection &<br>1 Davis Blvd Ste 703<br>Tampa, FL 33606-3480 | Professional Collection Sys<br>PO Box 538092<br>Orlando, FL 32853-8092 |
| RBS Citizens<br>480 Jefferson Blvd<br>RJE 135<br>Warwick RI 02886-1359 | Sears/cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | Seminole County Tax Collector<br>Attn: Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 |

| | | |
|---|---|---|
| State Farm Financial S<br>Attn: BCC-DTB5<br>112 E Washington St<br>Bloomington, IL 61701-1001 | TARGET NATIONAL BANK<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 | Tnb-visa<br>Po Box 9475<br>Minneapolis, MN 55440-9475 |
| TransUnion<br>PO Box 1000<br>Chester, PA 19016-1000 | Unifund<br>Attention: Bankruptcy<br>10625 Techwood Circle<br>Cincinnati, OH 45242-2846 | Unifund CCR Partners<br>% Andreu, Palma & Andreu, PL<br>701 SW 27th Ave. #900<br>Miami, FL 33135-3000 |
| United States Attorney<br>501 West Church Street<br>Suite 300<br>Orlando FL 32805-2281 | Visdsnb<br>Bankruptcy<br>6356 Corley Rd<br>Norcross, GA 30071-1704 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc<br>PO BOX 183853<br>Arlington, TX 76096 | (d)AmeriCredit Financial Services, Inc.<br>PO Box 183853<br>Arlington, TX 76096 | (d)Americredit<br>Attn: James Hogan Jr<br>PO Box 183853<br>Arlington, TX 76096 |
| Capital 1 Bank<br>Attn: C/O TSYS Debt Management<br>Po Box 5155<br>Norcross, GA 30091 | IRS<br>P.O. Box 21126<br>Philadelphia, PA 19114 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Arthur B. Briskman
Orlando

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39